FILED

08/04/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0547

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0547

_____

JANET L. HAFFNER-LYNN,

     Plaintiff and Appellant,

v.                                                          O R D E R

MISTY L. ANNALA,

     Defendant and Appellee.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jon A. Oldenburg, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 4 2021